## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| Burlie Sanford, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-01428 UNA |
| | ) | |
| | ) | |
| Neutron Trucking, LLC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was opened on October 2, 2020, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:20-cv-00210 SNLJ .

**IT IS FURTHER ORDERED** that cause number 4:20-cv-01428 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: October 5, 2020                              By: /s/ Michele Crayton
                                                    Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20-cv-00210 SNLJ.**