UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **BURLIE SANFORD AND RILEY SANFORD,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>)<br>)<br>) |
| v. | )  No. 1:20-cv-210 SNLJ<br>) |
| **NEUTRON TRUCKING, LLC, et al.,** | )<br>) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion for reconsideration [#16] of this Court's memorandum and order granting plaintiff Burlie Sanford's motion to compel [#13].

Plaintiff served 44 interrogatories and 105 document requests on the defendants. Defendants objected to 42 interrogatories and answered zero. Defendants further objected to 76 document requests and produced zero documents. Plaintiff's counsel requested a telephone conference to attempt to resolve these disputes, but defendants' counsel did not respond. Defendants' counsel also did not respond to a December 29, 2020 e-mail regarding the discovery disputes. Plaintiff moved to compel on January 5, 2021. [#13.] Defendant did not respond to the motion.

This Court granted the motion on January 22, 2021. [*See* #14 at 1-2 (detailing deficiencies of defendants' interrogatory and production request responses).]

1

Defendants moved for reconsideration of that memorandum and order on January 25.  Defense counsel stated they were "unaware of the local rule require a response to be made within fourteen (14) days."  [#17 at 2.]  As officers of this Court, counsel are surely aware of their obligation to know the Local Rules.

Plaintiff responds that defendants have already responded to plaintiff's written discovery in compliance with the Court's January 22 Order.  It appears, then, that the motion to reconsider is moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to reconsider [#16] is DENIED.

Dated this   15th   day of March, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE